## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELLE KOPLITZ, <br><br> Plaintiff, <br><br> v. <br><br> THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Case No. 1:14-cv-01435-CKK |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Michelle Koplitz, by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a) hereby voluntarily dismisses her case with prejudice.

Respectfully submitted,

 /s/
Joseph B. Espo ((D.C. Bar # 429699)
BROWN GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
T:  410.962.1030
F:  410.385.0869
jbe@browngold.com

*Attorneys for Plaintiff*